IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv355

| | |
|---|---|
| JAMES L. GANN, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## JUDGMENT

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Magistrate Judge's Memorandum & Recommendation is **ACCEPTED**; Plaintiff's Motion for Summary Judgment is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**.

This case is hereby **DISMISSED WITH PREJUDICE**.

Signed: September 25, 2010

Martin Reidinger
United States District Judge